# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Drive Medical SPV, LLC
99 Seaview Blvd.
Port Washington, NY 11050

Melissa A. Pena, Esq.
Norris Law
400 Crossing Blvd., 8th Floor
P.O. Box 5933
Bridgewater, NJ 08807-5933

Rebecca Price, Esq.
Norris Law
515 W. Hamilton Street Suite 502
Allentown, PA 18101

Drive Medical SPV, LLC
Attn: Nora Coleman, EVP, General Counsel
99 Seaview Blvd.
Port Washington, NY 11050

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Drive Medical SPV, LLC
Attn: Nora Coleman, EVP, General Counsel
99 Seaview Blvd.
Port Washington, NY 11050

Corporation Service Company,
R/A for Drive Medical SPV, LLC
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date    <u>February 4, 2022</u>    Signature  */s/ Gini L. Downing*

Print Name:    <u>Gini L. Downing</u>
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:    <u>Los Angeles, CA 90067</u>



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Drive Medical SPV, LLC
Attn: Nora Coleman, EVP, General Counsel
99 Seaview Blvd.
Port Washington, NY 11050

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2941 14

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6923

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_    ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Alan Dakin    2/10/22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB 10 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Drive Medical SPV, LLC
251 Little Falls Drive
Wilmington, DE 19808

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2942 68

2. Article Number (Transfer from service label)
7017 2400 0000 3936 7180

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Paul Sisof    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Paul Sisofo

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt