# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 3/3/2022 |
| Case: 2–22–02019–PRW | Form ID: pdforder | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Ilan D Scharf    ischarf@pszjlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Melissa Pena    7 Times Square, 21st Floor    New York, NY 10036–6524

TOTAL: 1